1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

MANGIBEN PATEL,

    Defendant.

Case No. 18-cv-04422-KAW

**ORDER TO SHOW CAUSE**

   Plaintiff Scott Johnson filed the instant Americans with Disabilities Act case against Defendants. (Dkt. No. 1.)  Pursuant to General Order 56, the joint site inspection deadline was November 2, 2018, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (Dkt. No. 5.)  Thus, Plaintiff's "Notice of Need for Mediation" was due by December 14, 2018.

   As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **January 23, 2019**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

   IT IS SO ORDERED.

Dated: January 9, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge