1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  SCOTT JOHNSON,                               Case No. 18-cv-04422-KAW
8         Plaintiff,
9     v.                                        **SECOND ORDER TO SHOW CAUSE**
10  MANGIBEN PATEL,
11         Defendant.
12
13      On January 23, 2019, the parties filed a joint notice of settlement. (Dkt. No. 12.) On January 28, 2019, the Court ordered Plaintiff to file a dismissal within 60 days. (Dkt. No. 14.) Thus, Plaintiff's dismissal was due by March 29, 2019.

As of the date of this order, Plaintiff has not filed his dismissal. Accordingly, the Court ORDERS Plaintiff to show cause, by **April 17, 2019**, why the case should not be involuntarily dismissed by filing his dismissal.

The Court also notes that this is the second order to show cause issued in this case. (*See* Dkt. No. 10.) Additionally, the Court observes that Plaintiff's counsel has repeatedly failed to comply with court orders and deadlines in other cases filed in this district. *E.g.*, *Johnson v. RK Investment Properties*, Case No. 18-cv-1132-KAW, Dkt. Nos. 17, 20 (Orders to Show Cause); *Johnson v. Patel*, Case No. 18-cv-4422-KAW, Dkt. No. 10 (Order to Show Cause); *Johnson v. Revel*, Case No. 18-cv-3300-KAW, Dkt. Nos. 15, 20 (Orders to Show Cause); *Johnson v. Let it Flho, LP*, Case No. 18-cv-1293-SBA, Dkt. No. 31 (sua sponte dismissing case after Plaintiff repeatedly failed to comply with deadlines); *Johnson v HDLM Associates, Inc.*, Case No. 18-cv-4434-SBA, Dkt. No. 15 (Order to Show Cause); *Johnson v. Patel*, Case No. 18-4783-VKD, Dkt. No. 19 (Order to Show Cause); *Johnson v. Shobeiri*, Case No. 18-cv-4816-VKD, Dkt. No. 14

1 (Order to Show Cause); *Johnson v. Baird Lands, Inc.*, Case No. 18-cv-5365-VKD, Dkt. No. 16
2 (Order to Show Cause). From here on out, Plaintiff shall comply with all court orders or be
3 subject to sanctions because it is not the Court's duty to ensure that Plaintiff meets his deadlines.
4 As previously stated in the *Johnson v. Revel* case, Plaintiff's counsel is obligated to come up with a
5 system for properly managing Plaintiff's cases.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge